PATRICK MOSCATELLO PM3747
90 Washington Street
Long Branch, NJ 07740
732-870-1370
Attorney for Debtors

**Order Filed on May 12, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In re:   PAUL SAULYS
         and
         GLORIA SAULYS

                          Debtor(s)

Address:  412 Walnut Street
          Port Monmouth, NJ 07758

Last four digits of Social Security Nos.:
          8174 and 3839

) CASE NO.: 14-33771/MBK
)
) CHAPTER 13
)
) HEARING DATE:
)
) JUDGE:  Michael B. Kaplan
)

## ORDER STRIPPING OFF CLAIMS OF HOUSEHOLD FINANCE CORP. AND MODIFYING ITS RIGHTS

The relief set forth on the following pages, numbered two (2) through three (3) is hereby **ORDERED**.

**DATED:** May 12, 2017

Honorable Michael B. Kaplan
United States Bankruptcy Judge

Re: In re Saulys
Bankruptcy No.: 14-33771/MBK
Caption: Order Stripping Off Claims of Household Finance Corp. and Modifying Its Right

**THIS MATTER** being opened to the Court by Patrick Moscatello, Esq., attorney for the debtors, Paul Anthony Saulys and Gloria Saulys, and this Court having considered the argument of counsel and good cause appearing, and there being no opposition;

**IT IS HEREBY,**

**ORDERED,** that the mortgage held by Household Finance Corp. shall be treated as unsecured claims pursuant to 11 U.S.C. Sec. 506(s) and (d) and U.S.C. 1322(b)(2). The total amount of approximately $53,404.97 owed on the third mortgage shall be paid in the same manner and percentage as all other unsecured creditors; and it is further,

**ORDERED,** that upon completion of the debtors' plan, the second mortgage held by Household Finance Corp. shall be deemed cancelled, discharged, and of no effect; and it is further,

**ORDERED,** that upon completion of the debtors' plan payments, Household Finance Corp. shall immediately take all steps necessary and appropriate to release, cancel, and/or discharge the second mortgage recorded in the land records of this State; and it is further,

**ORDERED,** that in the event Household Finance Corp. fails to take all necessary steps to release, cancel and/or discharge the mortgage recorded in the land records of this State, then in that event the second mortgage made by the debtors to Household Finance Corp. in the original amount of $55,000.00 and recorded in the office of the County Recording Offices of Monmouth County, New Jersey on May 10, 2006 in mortgage book OR-8562 on page 2828 (6 pages) shall be deemed paid and satisfied through the debtor's Chapter 13 proceeding and the County Recording Office is hereby authorized to cancel this mortgage. Debtor(s) may record a copy of the Order with the Monmouth County Recording Office to effectuate the release and discharge of the subject mortgage.